# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOHN J. BEARD, ADC #163453**                                                  **PLAINTIFF**

**v.**                                **Case No. 1:18-cv-00077-KGB**

**KEITH DAY, Major, North Central Unit, ADC,** *et al.*                 **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). In his Recommended Disposition, Judge Ray recommends that plaintiff John J. Beard's complaint and amended complaint be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Ray's recommendations.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 8). The Court dismisses without prejudice Mr. Beard's complaint and amended complaint. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 24th day of January, 2020.

                                                           Kristine G. Baker
                                                           United States District Judge