THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN J. BEARD, ADC #163453**                                          **PLAINTIFF**

**v.**                         **Case No. 1:18-cv-00077-KGB**

**KEITH DAY, Major, North Central Unit, ADC,** *et al.*                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff John J. Beard's complaint and amended complaint are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 24th day of January, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge